JOSEPHINE DREYER, Respondent, *v.* GEORGE H. HYDE et al., as Executors of HENRY H. DREYER, Deceased, et al., Appellants.

(Submitted September 30, 1929; decided October 8, 1929.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 450.)

CORNELIA P. ACKERMAN, Appellant, *v.* MARIE L. ACKERMAN et al., Appellants, and WILLIAM MILNE et al., as Executors and Trustees under the Will of CORNELIA D. BECKER, Deceased, et al., Respondents, Impleaded with Others.

(Submitted September 30, 1929; decided October 8, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 533.)

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, *v.* HERMAN NASTA, Appellant.

(Submitted September 30, 1929; decided October 8, 1929.)

*David Goldstein* for motion.

No one opposed.

Motion granted.